IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:97cr166 |
| v. ) | |
| KEVIN MAURICE JONES, ) | REASSIGNMENT ORDER |
| Defendant. ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to to District Judge Laurie Smith Camp and remains assigned to Magistrate Judge Thomas D. Thalken.

DATED this 16th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge