### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:97CR166** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **KEVIN MAURICE JONES,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion pursuant to Federal Rule of Civil Procedure 60(b)(6) (Filing No. 76).

IT IS ORDERED that the Defendant's motion pursuant to Federal Rule of Civil Procedure 60(b)(6) (Filing No. 76) is denied.

DATED this 22nd day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge