IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:97CR166** |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **KEVIN MAURICE JONES,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 78) and motion for equitable tolling (Filing No. 79).

IT IS ORDERED:

1. The Defendant's motion for reconsideration (Filing No. 78) is denied; and

2. The Defendant's motion for equitable tolling (Filing No. 79) is denied.

DATED this 26th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge