AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:97CR166 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 15234-047 |
| | ) | |
| KEVIN MAURICE JONES | ) | DAVID R. STICKMAN |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 1/11/1999 | ) | |

**Order and Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed on Count I of the Information based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) on Count I of the Information of 162 months is reduced to 120 months. The sentence on Count II remains at 60 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 27 | | Amended Offense Level: 25 | |
| Criminal History Category: VI | | Criminal History Category: VI | |
| Previous Guideline Range: 130 to 162 months | | Amended Guideline Range: 110 to 137 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated January 11, 1999 shall remain in effect. An evidentiary hearing was held. The Court recognizes its authority to sentence outside the advisory guideline range and has considered the factors under 18 U.S.C. § 3553(a).

**IT IS SO ORDERED.**

Dated this 13th day of August, 2008
Effective Date: Wednesday, August 27, 2008

                                           s/ Laurie Smith Camp
                                           United States District Judge